## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

### NOT DESIGNATED FOR PUBLICATION

Richard Emile deVargas
Attorney At Law
506 Front St.
Natchitoches LA 71457

### REHEARING ACTION: February 3, 2010

**Docket Number: 09   00264-KA**

**STATE OF LOUISIANA**
**VERSUS**
**TIMOTHY E. ROBERTSON**

**Appealed from Grant Parish Case No. 04-575**

**BEFORE JUDGES:**

> Hon. Oswald A. Decuir
> Hon. David Ellis Chatelain
> Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timothy E. Robertson** has this day been

> **DENIED.**

cc: Hon. James Patrick Lemoine, Counsel for the Appellee